No. 84–5326. MEDLIN v. CITY AND BOROUGH OF SITKA. Appeal from Sup. Ct. Alaska dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–1893. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION v. MARTIN INDUSTRIES, INC. Appeal from D. C. N. D. Ala. dismissed for want of jurisdiction.

No. 83–1938. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION v. WESTINGHOUSE ELECTRIC CORP. Appeal from D. C. W. D. Pa. dismissed for want of jurisdiction.

No. 84–63. JERRY v. GENERAL MOTORS CORP., HYDRA-MATIC DIVISION. Appeal from D. C. E. D. Mich. dismissed for want of jurisdiction.

No. 84–176. UTILITY CONSULTING SERVICES, INC. v. CITY OF SAN JUAN. Appeal from Sup. Ct. P. R. dismissed for want of jurisdiction.

No. 84–5280. MATKOVCIK v. ILLINOIS. Appeal from Sup. Ct. Ill. dismissed for want of jurisdiction.

No. 83–2046. BERRY v. MICHIGAN RACING COMMISSIONER. Appeal from Ct. App. Mich. dismissed for want of substantial federal question. JUSTICE BRENNAN would note probable jurisdiction and set case for oral argument.

No. 84–147. MILLER ET AL. v. CALIFORNIA COMMISSION ON THE STATUS OF WOMEN. Appeal from Ct. App. Cal., 3d App. Dist., dismissed for want of jurisdiction. *Doremus* v. *Board of Education,* 342 U. S. 429 (1952).